THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOAN LUSK CASHION, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice [Doc. 136].

For the reasons stated therein, and for good cause shown, the Court will grant the Government's Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 136] is **GRANTED**, and the counts set forth in the Bill of Indictment against the Defendant Joan Cashion are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: January 30, 2013

Martin Reidinger
United States District Judge